# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| Matthew A. Turner, et. al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | |
| | ) | |
| City of Flagstaff, an Arizona municipal | ) | Case No.CV-18-8227-PCT-DWL |
| corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## SETTLEMENT AGREEMENT AND RELEASE

This Settlement Agreement and Release ("Agreement") is made and entered into by and between the City of Flagstaff ("the City") and Plaintiffs Matthew A. Turner, et. al. The City and Plaintiffs are collectively referred to in this Agreement as the "Parties."

### RECITALS

A.     Whereas, Plaintiffs are current or former employees of the City; and,

B.     Whereas, on September 20, 2018, Plaintiffs filed the action captioned "*Matthew A. Turner, et. al. v. City of Flagstaff*," Case No.CV-18-8227-PCT-DWL, in the United States District Court for the District of Arizona ("the Action"), arising out of their employment with the City; and,

C.     Whereas, Plaintiffs' Complaint alleges a violation of the Fair Labor Standards Act (29 U.S.C. § 201, *et seq.*) ("FLSA") and seeks recovery of overtime wages, for underpayments of overtime owed under the FLSA due to an alleged miscalculation of the overtime regular rate of pay, based on a three-year statute of limitations, and an equal amount of liquidated damages and

1

reasonable attorneys' fees and costs awardable under the FLSA to prevailing plaintiffs; and,

D.      Whereas, the City filed an Answer to the Complaint denying the material allegations and asserting affirmative defense thereto; and,

E.      Whereas, the Parties have engaged in negotiations in an attempt to resolve their differences and evaluate the data relevant to a settlement calculation, and throughout these negotiations all Parties were, and continue to be, represented by counsel experienced in wage and employment matters; and,

F.      Whereas, the Parties wish to avoid the potential uncertainty, expense, and delay of litigation and have therefore, based upon their negotiations, agreed to a settlement of the Parties' dispute; and,

G.      Whereas, the potential recovery at trial, if any, remains unknown, but the Parties believe that the terms of this Agreement are consistent with and within the range of a reasonable result that Plaintiffs might expect to obtain if they prevailed after a trial; and,

H.      Whereas, as a result of their negotiations, the Parties wish to settle the Action and resolve and release all disputes and claims arising out of the Action against the City.

**NOW THEREFORE**, in consideration for the mutual promises and undertakings of the Parties as set forth below, Plaintiffs and the City hereby enter into this Agreement and agree as follows:

1.      <u>Recitals</u>: The recitals set forth in this Agreement are true and correct and are hereby fully incorporated by reference into this Agreement. By executing this Agreement, no Party admits or concedes any of the claims, defenses, or allegations which were raised or could be raised by any other party or any third party.

2.   <u>Settlement Terms:</u>

    (a)   <u>Settlement Sum:</u> The City shall pay a total of Thirty-Three Thousand Eighty-One

Dollars and Sixty-Four Cents ($33,081.64) in settlement of all of Plaintiffs' claims

in the Action, which includes attorneys' fees and costs ("Settlement Sum").

Although the Parties do not agree that there is liability regarding Plaintiffs' claims,

for purposes of this Agreement, the Settlement Sum represents the agreed upon

amount for all overtime compensation allegedly owed to Plaintiffs and the equal

amount allegedly owed for liquidated damages, arising from an alleged three-year

statute of limitations for recovery relief, and any and all other damages and/or relief

recoverable in the Action, for the full liability period alleged in the Action,

including attorneys' fees and costs.

    (b)   <u>Allocation of Settlement Sum:</u> Subject to Court approval, the Settlement Sum will

be allocated as follows:

        i.   <u>Overtime Compensation:</u> The City will pay Plaintiffs the total sum of

$2,790.82 in settlement for Plaintiffs' claim for overtime compensation in

accordance with the list attached to this Agreement as Exhibit A. This

payment will be made by payroll checks to the Plaintiffs and will be subject

to the normal wage withholdings. The City will provide each Plaintiff with

a W-2 form regarding the payment for unpaid overtime compensation as

required by law.

        ii.   <u>Liquidated Damages:</u> The City will issue a check in the sum of $2,790.82

to the "McGillivary Steele Elkin LLP client trustee account" in settlement

3

of Plaintiffs' claim for liquidated damages, which will be distributed to each Plaintiff in accordance with Exhibit A. This amount is not subject to federal or state income or withholding taxes, because it is not in the nature of wages. The City or its representative will issue a 1099 Form to the applicable taxing authority or authorities as to this payment.

iii. Attorneys' Fees:  The Law Firm of McGillivary Steele Elkin LLP shall receive a separate check payable to the law firm in the amount of $27,500.00 for attorneys' fees and costs. Except as provided here, each party will bear its own attorneys' fees and costs.  The City will provide Plaintiffs' counsel with an IRS 1099 form regarding attorneys' fees and costs.

(c) Taxation: The Parties agree that the payment of liquidated damages to the Plaintiffs' counsel for distribution to the Plaintiffs is not wages, and therefore the Parties believe that such amounts are not subject to federal and state tax withholding requirements, although they are taxable as gross income. Plaintiffs are encouraged to consult with a tax advisor or attorney to independently determine any federal, state, or local tax consequences of the liquidated damages portion of the settlement amounts as no opinion on any tax matter is expressed herein. Plaintiffs are solely responsible for reporting amounts received as liquidated damages pursuant to this Agreement to any applicable federal, state or local agency as required by law. Plaintiffs acknowledge that they will be exclusively liable for the payment of all federal, state, and local taxes, if any, which may be due as a result of the monetary consideration they receive as liquidated damages.  If the City is required at any time

4

to pay any taxes or other amounts, including without limitation penalties or interest or reasonable attorneys' fees, for failing to withhold federal or state income or withholding taxes on the liquidated damages portion of the settlement, Plaintiffs agree to indemnify the City and hold it harmless from any penalties, claims, lawsuits, attorneys' fees, and expenses.

(d) <u>Approval</u>: The Parties will present this Settlement Agreement to the Court along with a joint motion requesting the Court's approval of the settlement as fair, reasonable, and adequate and consistent with the FLSA.

   i.   The City shall provide payment to Plaintiffs and their counsel within 30 days after the Court approves the Settlement Agreement. The Parties agree and stipulate to the Court's continued jurisdiction over matters relating to the enforcement of the Settlement Agreement.

   ii.  The payments specified in paragraphs 2(b)(ii) and (iii) shall be delivered to Plaintiffs' attorney, T. Reid Coploff, of McGillivary Steele Elkin LLP, at 1101 Vermont Ave. NW, Suite 1000, Washington, D.C. 20005.

3.   <u>Resolution of the Action</u>: Upon the effective date of this Agreement, the Plaintiffs agree to dismiss with prejudice their claims in the Action, and to withdraw or dismiss any other complaint, claim, grievance, or charge that they have filed against the City relating to or arising from the claims raised in this Action and occurring up to the Effective Date of this Agreement. This Agreement extends to any such complaint, claim, grievance, or charge relating to or arising from the claims raised in this Action filed in any state or federal court, with any administrative body, agency, board, commission, or other entity whatsoever.

5

4.  <u>Release of Claims by Plaintiffs</u>: Plaintiffs accept this settlement and understand that Plaintiffs' acceptance of this settlement constitutes a full and complete settlement of all claims against the City set forth in this Action and any claims arising out of the same nucleus of operative facts.

In exchange for the consideration provided by the City under this Agreement, Plaintiffs hereby irrevocably and unconditionally release and discharge the City and, to the extent applicable, as direct, intended and third party beneficiaries hereof, its past, present, and future officers, employees, elected officials, councilmembers, representatives, trustees, administrators, fiduciaries, attorneys, insurers, claims adjusters, agents, subsidiaries, affiliated entities, predecessors, successors, heirs, and assigns, from any and all claims, demands, liens, agreements, covenants, actions, suits at law or equity, obligations, debts, damages, judgments, liabilities, attorneys' fees, costs, and expenses of whatever kind, known or unknown, suspected or unsuspected, which were asserted in the Action or that arise from the same operative facts asserted in the Action.

All Parties to this settlement understand that this Release extends only to all grievances, disputes or claims of every nature and kind, known or unknown, suspected or unsuspected, arising from, or attributable to Plaintiffs' claims that the City violated the FLSA up to and including the effective date of this Agreement by failing to compensate Plaintiffs at the required overtime rate under the FLSA for the hours worked and recorded by the City as overtime, along with any related wage claims arising out of the same nucleus of operative facts. The Parties understand that this release does not include claims relating to conduct or activity which does not

arise from or is not attributable to the facts that gave rise to Plaintiffs' FLSA claims in the Action or to any conduct or activity which occurs after the effective date of this Agreement.

5.      Knowledge of Parties: The Parties understand and agree to the settlement, this Agreement, and the terms and conditions contained herein, and enter into this Agreement knowingly and voluntarily. The Parties have investigated the facts pertaining to the settlement and the Agreement and all matters pertaining thereto as deemed necessary.  The Parties have relied upon their judgment, belief, knowledge, understanding, and expertise after consultation with their counsel concerning the legal effect of the settlement, and this Agreement and its terms. By signing this document, the Parties signify their full understanding, agreement, and acceptance of the Agreement.

6.      No Admission of Wrongdoing:  The parties each agree that nothing in this Agreement shall be construed as an admission by any of them of any wrongdoing or violation of any applicable law, and that nothing in this Agreement shall be so construed by any other person.

7.      Entire Agreement: This Agreement contains the entire agreement of the Parties regarding the subject matter of this Agreement and shall constitute the final understanding between the Parties hereto. All prior negotiations made, or which have occurred prior to the date of this Agreement are merged into this Agreement.

8.      No Additional Representations: Except for the terms of this Agreement, Plaintiffs and the City, respectively, have not relied upon any statement or representation, written or oral, made by any Party, or any of their respective agents, attorneys or any other person, regarding any matter including, but not limited to, the federal or state income tax consequences of the Agreement to any Party. The Parties expressly acknowledge and agree that they have relied

7

solely upon the advice of their own attorneys and/or accountants as to the tax and benefit consequences of the Agreement.

9.     <u>Warranty of Non-Assignment</u>: The Parties warrant that they have not assigned any of the claims or portions of the claims that are the subject of this Agreement.

10.    <u>Binding Agreement</u>: The Agreement shall bind and inure to the benefit of each of the Parties hereto and their spouses, domestic partners, children, heirs, estates, administrators, representatives, executors, attorneys, successors, and assigns. Except as expressly provided herein, this Agreement is not for the benefit of any person not a Party hereto or any person or entity not specifically identified as a beneficiary herein or specifically identified herein as a person or entity released hereby. The Agreement is not intended to constitute a third-party beneficiary contract.

11.    <u>Interpretation and Construction</u>: Any ambiguities or uncertainties herein shall be equally and fairly interpreted and construed without reference to the identity of the Party or Parties preparing this document or the documents referred to herein, on the understanding that the Parties participated equally in the negotiation and preparation of the Agreement and the documents referred to herein, or have had equal opportunity to do so. The headings used herein are for reference only and shall not affect the construction of this Agreement.

12.    <u>Governing Law and Venue</u>: The settlement, this Agreement, and the documents referred to herein, shall be interpreted in accordance with the laws of the State of Arizona, and if necessary federal law. To the extent that any Party brings an action to enforce the terms of this Agreement, such action shall be filed and prosecuted in the Coconino County Superior Court

and/or the United States District Court for the District of Arizona, to the extent of that Court's jurisdiction.

13. <u>Breach, Waiver and Amendment</u>: No breach of this Agreement or of any provision herein can be waived except by an express written waiver executed by the Party waiving such breach. Waiver of any one breach shall not be deemed a waiver of any other breach of the same or other provisions of this Agreement. The Agreement may be amended, altered, modified, or otherwise changed in any respect or particular only by a writing duly executed by the Parties hereto or their authorized representatives.

14. <u>Execution</u>: This Agreement, and any document referred to herein, may be executed in any number of counterparts, each of which may be deemed an original and all of which together shall constitute a single instrument.

15. <u>Effective Date</u>: This Agreement shall become effective following execution by the Parties and their counsel, and the approval of the Court.

IN **WITNESS WHEREOF**, the Parties hereto have executed this Settlement Agreement and Release on the date(s) set forth below.

Dated: 8/6, 2019

CITY OF FLAGSTAFF, ARIZONA

By: _[signature]_

Dated: 8/6, 2019

APPROVAL AS TO FORM

By: _[signature]_
Stephen B. Coleman
Attorney for Defendant

Dated: _____, 2019

By: _____
Jeffrey Bierer
Plaintiff

Dated: _____, 2019

By: _____
Thomas Bustamante
Plaintiff

Dated: _____, 2019

By: _____
Earl Callander
Plaintiff

Dated: _____, 2019

By: _____
Keith Cashatt
Plaintiff

10

IN WITNESS WHEREOF, the Parties hereto have executed this Settlement Agreement and Release on the date(s) set forth below.

Dated: _____, 2019          CITY OF FLAGSTAFF, ARIZONA

                              By: _____

Dated: _____, 2019          APPROVAL AS TO FORM

                              By: _____
                                  Stephen B. Coleman
                                  Attorney for Defendant

Dated: 7/22/2019              By: _____
                                  Jeffrey Bieler
                                  Plaintiff

Dated: _____, 2019          By: _____
                                  Thomas Bustamante
                                  Plaintiff

Dated: _____, 2019          By: _____
                                  Earl Callander
                                  Plaintiff

Dated: _____, 2019          By: _____
                                  Keith Cochran

**IN WITNESS WHEREOF**, the Parties hereto have executed this Settlement Agreement and Release on the date(s) set forth below

Dated: _____, 2019          CITY OF FLAGSTAFF, ARIZONA

                              By: _____

Dated: _____, 2019          APPROVAL AS TO FORM

                              By: _____
                                  Stephen B. Coleman
                                  Attorney for Defendant

Dated: _____, 2019          By: _____
                                  Jeffrey Bierer
                                  Plaintiff

Dated: 7/19, 2019             By: _____
                                  Thomas Bustamante
                                  Plaintiff

Dated: _____, 2019          By: _____
                                  Earl Callander
                                  Plaintiff

Dated: _____, 2019          By: _____
                                  Keith Cashatt
                                  Plaintiff

10

Dated: _____, 2019                    CITY OF FLAGSTAFF, ARIZONA

                                        By: _____


Dated: _____, 2019                    APPROVAL AS TO FORM

                                        By: _____
                                            Stephen B. Coleman
                                            Attorney for Defendant


Dated: _____, 2019                    By: _____
                                            Jeffrey Bierer
                                            Plaintiff


Dated: _____, 2019                    By: _____
                                            Thomas Bustamante
                                            Plaintiff


Dated: 7/22/2019                        By: _____
                                            Earl Callander
                                            Plaintiff


Dated: _____, 2019                    By: _____
                                            Keith Cashatt
                                            Plaintiff


                                        10

IN WITNESS WHEREOF, the Parties hereto have executed this Settlement Agreement and Release on the date(s) set forth below.

Dated: _____, 2019          CITY OF FLAGSTAFF, ARIZONA

                              By: _____

Dated: _____, 2019          APPROVAL AS TO FORM

                              By: _____
                                  Stephen B. Coleman
                                  Attorney for Defendant

Dated: _____, 2019          By: _____
                                  Jeffrey Bierer
                                  Plaintiff

Dated: _____, 2019          By: _____
                                  Thomas Bustamante
                                  Plaintiff

Dated: _____, 2019          By: _____
                                  Earl Callander
                                  Plaintiff

Dated: 7-25, 2019             By: _____
                                  Keith Cashatt
                                  Plaintiff

10

Dated: 7/23 2019           By: _____
                             Christopher Denham
                             Plaintiff

Dated: _____, 2019         By: _____
                             Wesley Forbach
                             Plaintiff

Dated: _____, 2019         By: _____
                             Todd George
                             Plaintiff

Dated: _____, 2019         By: _____
                             Marc Goldberg
                             Plaintiff

Dated: _____, 2019         By: _____
                             Raymond Gonzalez
                             Plaintiff

Dated: _____, 2019         By: _____
                             Michael Greenwalt
                             Plaintiff

Dated: _____, 2019         By: _____
                             Aaron Gregar
                             Plaintiff

Dated: _____, 2019                    By: _____
                                               Christopher Denham
                                               Plaintiff


Dated: 7/20/2019                          By: _____
                                               Wesley Forbach
                                               Plaintiff


Dated: _____, 2019                    By: _____
                                               Todd George
                                               Plaintiff


Dated: _____, 2019                    By: _____
                                               Marc Goldberg
                                               Plaintiff


Dated: _____, 2019                    By: _____
                                               Raymond Gonzalez
                                               Plaintiff


Dated: _____, 2019                    By: _____
                                               Michael Greenwalt
                                               Plaintiff


Dated: _____, 2019                    By: _____
                                               Aaron Gregar
                                               Plaintiff


11

Dated: _____, 2019          By: _____
                                   Christopher Denham
                                   Plaintiff


Dated: _____, 2019          By: _____
                                   Wesley Forbach
                                   Plaintiff


Dated: 2/20, 2019             By: _____
                                   Todd George
                                   Plaintiff


Dated: _____, 2019          By: _____
                                   Marc Goldberg
                                   Plaintiff


Dated: _____, 2019          By: _____
                                   Raymond Gonzalez
                                   Plaintiff


Dated: _____, 2019          By: _____
                                   Michael Greenwalt
                                   Plaintiff


Dated: _____, 2019          By: _____
                                   Aaron Gregar
                                   Plaintiff

Dated: _____, 2019                    By: _____
                                              Christopher Denham
                                              Plaintiff


Dated: _____, 2019                    By: _____
                                              Wesley Forbach
                                              Plaintiff


Dated: _____, 2019                    By: _____
                                              Todd George
                                              Plaintiff


Dated: 7/19, 2019                        By: _____
                                              Marc Goldberg
                                              Plaintiff


Dated: _____, 2019                    By: _____
                                              Raymond Gonzalez
                                              Plaintiff


Dated: _____, 2019                    By: _____
                                              Michael Greenwalt
                                              Plaintiff


Dated: _____, 2019                    By: _____
                                              Aaron Gregar
                                              Plaintiff

Dated: _____, 2019                    By: _____
                                            Christopher Denham
                                            Plaintiff


Dated: _____, 2019                    By: _____
                                            Wesley Forbach
                                            Plaintiff


Dated: _____, 2019                    By: _____
                                            Todd George
                                            Plaintiff


Dated: _____, 2019                    By: _____
                                            Marc Goldberg
                                            Plaintiff


Dated: 7/20, 2019                       By: _____
                                            Raymond Gonzalez
                                            Plaintiff


Dated: _____, 2019                    By: _____
                                            Michael Greenwalt
                                            Plaintiff


Dated: _____, 2019                    By: _____
                                            Aaron Gregar
                                            Plaintiff


11

Scanned with CamScanner

Dated: _____, 2019                By: _____
                                        Christopher Denham
                                        Plaintiff


Dated: _____, 2019                By: _____
                                        Wesley Forbach
                                        Plaintiff


Dated: _____, 2019                By: _____
                                        Todd George
                                        Plaintiff


Dated: _____, 2019                By: _____
                                        Marc Goldberg
                                        Plaintiff


Dated: _____, 2019                By: _____
                                        Raymond Gonzalez
                                        Plaintiff


Dated: __7.1.19__, 2019             By: _____
                                        Michael Greenwalt
                                        Plaintiff


Dated: _____, 2019                By: _____
                                        Aaron Gregar
                                        Plaintiff

11

Dated: _____, 2019                    By: _____
                                            Christopher Denham
                                            Plaintiff


Dated: _____, 2019                    By: _____
                                            Wesley Forbach
                                            Plaintiff


Dated: _____, 2019                    By: _____
                                            Todd George
                                            Plaintiff


Dated: _____, 2019                    By: _____
                                            Marc Goldberg
                                            Plaintiff


Dated: _____, 2019                    By: _____
                                            Raymond Gonzalez
                                            Plaintiff


Dated: _____, 2019                    By: _____
                                            Michael Greenwalt
                                            Plaintiff


Dated: July 23, 2019                   By: _____
                                            Aaron Gregar
                                            Plaintiff


11

**Scanned with CamScanner**

Dated: 7/16, 2019          By: _____
                                Kathy Kentera
                                Plaintiff


Dated: _____, 2019       By: _____
                                Arroyo Lippman
                                Plaintiff


Dated: _____, 2019       By: _____
                                Jess Maier
                                Plaintiff


Dated: _____, 2019       By: _____
                                Gregory McLaughlin
                                Plaintiff


Dated: _____, 2019       By: _____
                                Robert Oberly
                                Plaintiff


Dated: _____, 2019       By: _____
                                Robert Parker
                                Plaintiff


Dated: _____, 2019       By: _____
                                Christopher Romero
                                Plaintiff

Dated: _____, 2019      By: _____
                                         Kathy Kentera
                                         Plaintiff

Dated: 7/21, 2019      By: _____
                                         Arroyo Lippman
                                         Plaintiff

Dated: _____, 2019      By: _____
                                         Jess Maier
                                         Plaintiff

Dated: _____, 2019      By: _____
                                         Gregory McLaughlin
                                         Plaintiff

Dated: _____, 2019      By: _____
                                         Robert Oberly
                                         Plaintiff

Dated: _____, 2019      By: _____
                                         Robert Parker
                                         Plaintiff

Dated: _____, 2019      By: _____
                                         Christopher Romero
                                         Plaintiff

12

Scanned with CamScanner

Dated: _____, 2019

By: _____
    Kathy Kentera
    Plaintiff

Dated: _____, 2019

By: _____
    Arroyo Lippman
    Plaintiff

Dated: 7/10, 2019

By: _____
    Jess Maier
    Plaintiff

Dated: _____, 2019

By: _____
    Gregory McLaughlin
    Plaintiff

Dated: _____, 2019

By: _____
    Robert Oberly
    Plaintiff

Dated: _____, 2019

By: _____
    Robert Parker
    Plaintiff

Dated: _____, 2019

By: _____
    Christopher Romero
    Plaintiff

12

Scanned with CamScanner

Dated: _____, 2019        By: _____
                                Kathy Kentera
                                Plaintiff


Dated: _____, 2019        By: _____
                                Arroyo Lippman
                                Plaintiff


Dated: _____, 2019        By: _____
                                Jess Maier
                                Plaintiff


Dated: 7/22, 2019          By: _____
                                Gregory McLaughlin
                                Plaintiff


Dated: _____, 2019        By: _____
                                Robert Oberly
                                Plaintiff


Dated: _____, 2019        By: _____
                                Robert Parker
                                Plaintiff


Dated: _____, 2019        By: _____
                                Christopher Romero
                                Plaintiff

Dated: _____, 2019              By: _____
                                       Kathy Kentera
                                       Plaintiff


Dated: _____, 2019              By: _____
                                       Arroyo Lippman
                                       Plaintiff


Dated: _____, 2019              By: _____
                                       Jess Maier
                                       Plaintiff


Dated: _____, 2019              By: _____
                                       Gregory McLaughlin
                                       Plaintiff


Dated: 7/23, 2019                 By: _____
                                       Robert Oberly
                                       Plaintiff


Dated: _____, 2019              By: _____
                                       Robert Parker
                                       Plaintiff


Dated: _____, 2019              By: _____
                                       Christopher Romero
                                       Plaintiff

Scanned by CamScanner

Dated: _____, 2019                By: _____
                                         Kathy Kentera
                                         Plaintiff


Dated: _____, 2019                By: _____
                                         Arroyo Lippman
                                         Plaintiff


Dated: _____, 2019                By: _____
                                         Jess Maier
                                         Plaintiff


Dated: _____, 2019                By: _____
                                         Gregory McLaughlin
                                         Plaintiff


Dated: _____, 2019                By: _____
                                         Robert Oberly
                                         Plaintiff


Dated: 7-25, 2019                   By: _____
                                         Robert Parker
                                         Plaintiff


Dated: _____, 2019                By: _____
                                         Christopher Romero
                                         Plaintiff


12

Dated: _____, 2019    By: _____
             Kathy Kentera
             Plaintiff


Dated: _____, 2019    By: _____
             Arroyo Lippman
             Plaintiff


Dated: _____, 2019    By: _____
             Jess Maier
             Plaintiff


Dated: _____, 2019    By: _____
             Gregory McLaughlin
             Plaintiff


Dated: _____, 2019    By: _____
             Robert Oberly
             Plaintiff


Dated: _____, 2019    By: _____
             Robert Parker
             Plaintiff


Dated: 7/26, 2019    By: _____
             Christopher Romero
             Plaintiff

Dated: 7/25, 2019

By: _____
Christopher Samples
Plaintiff


Dated: _____, 2019

By: _____
Matthew Smyers
Plaintiff


Dated: _____, 2019

By: _____
Shane Spravzoff
Plaintiff


Dated: _____, 2019

By: _____
Scott Strohmeyer
Plaintiff


Dated: _____, 2019

By: _____
Chris Thomas
Plaintiff


Dated: _____, 2019

By: _____
Joseph Toth
Plaintiff


Dated: _____, 2019

By: _____
Matthew Turner
Plaintiff


13

Dated: _____, 2019

By: _____
    Christopher Samples
    Plaintiff

Dated: 7/22, 2019

By: _____
    Matthew Smyers
    Plaintiff

Dated: _____, 2019

By: _____
    Shane Spravzoff
    Plaintiff

Dated: _____, 2019

By: _____
    Scott Strohmeyer
    Plaintiff

Dated: _____, 2019

By: _____
    Chris Thomas
    Plaintiff

Dated: _____, 2019

By: _____
    Joseph Toth
    Plaintiff

Dated: _____, 2019

By: _____
    Matthew Turner
    Plaintiff

13

Scanned with CamScanner

Dated: _____, 2019        By: _____

Christopher Samples
Plaintiff

Dated: _____, 2019        By: _____

Matthew Smyers
Plaintiff

Dated: 7/19, 2019        By: _____

Shane Spravzoff
Plaintiff

Dated: _____, 2019        By: _____

Scott Strohmeyer
Plaintiff

Dated: _____, 2019        By: _____

Chris Thomas
Plaintiff

Dated: _____, 2019        By: _____

Joseph Toth
Plaintiff

Dated: _____, 2019        By: _____

Matthew Turner
Plaintiff

Scanned with CamScanner

Dated: _____, 2019                    By: _____
                                            Christopher Samples
                                            Plaintiff


Dated: _____, 2019                    By: _____
                                            Matthew Smyers
                                            Plaintiff


Dated: _____, 2019                    By: _____
                                            Shane Spravzoff
                                            Plaintiff


Dated: 7/19, 2019                      By: _____
                                            Scott Strohmeyer
                                            Plaintiff


Dated: _____, 2019                    By: _____
                                            Chris Thomas
                                            Plaintiff


Dated: _____, 2019                    By: _____
                                            Joseph Toth
                                            Plaintiff


Dated: _____, 2019                    By: _____
                                            Matthew Turner
                                            Plaintiff

Dated: _____, 2019                    By: _____
                                            Christopher Samples
                                            Plaintiff


Dated: _____, 2019                    By: _____
                                            Matthew Smyers
                                            Plaintiff


Dated: _____, 2019                    By: _____
                                            Shane Spravzoff
                                            Plaintiff


Dated: _____, 2019                    By: _____
                                            Scott Strohmeyer
                                            Plaintiff


Dated: _____, 2019                    By: _____
                                            Chris Thomas
                                            Plaintiff


Dated: 7/22, 2019                      By: _____
                                            Joseph Toth
                                            Plaintiff


Dated: _____, 2019                    By: _____
                                            Matthew Turner
                                            Plaintiff

13

Scanned with CamScanner

Dated: _____, 2019               By: _____
                                        Christopher Samples
                                        Plaintiff


Dated: _____, 2019               By: _____
                                        Matthew Smyers
                                        Plaintiff


Dated: _____, 2019               By: _____
                                        Shane Spravzoff
                                        Plaintiff


Dated: _____, 2019               By: _____
                                        Scott Strohmeyer
                                        Plaintiff


Dated: _____, 2019               By: _____
                                        Chris Thomas
                                        Plaintiff


Dated: _____, 2019               By: _____
                                        Joseph Toth
                                        Plaintiff


Dated: 7/22, 2019                  By: _____
                                        Matthew Turner
                                        Plaintiff


13

Scanned with CamScanner

Dated: 8/1, 2019

By: _____
Kim Randall Watkins
Plaintiff

Dated: _____, 2019

By: _____
Kim Ryan Watkins
Plaintiff

Dated: _____, 2019

By: _____
Aaron Wells
Plaintiff

Dated: _____, 2019

By: _____
Kevin Wiles
Plaintiff

Dated: _____, 2019

By: _____
Kevin Wilson
Plaintiff

Dated: _____, 2019

By: _____
Brian Wood
Plaintiff

Dated: _____, 2019

APPROVAL AS TO FORM

By: _____
T. Reid Coploff
Attorney for Plaintiffs

14

Dated: _____, 2019                    By: _____
                                           Kim Randall Watkins
                                           Plaintiff

Dated: 7-22-2019                       By: _____
                                           Kim Ryan Watkins
                                           Plaintiff

Dated: _____, 2019                    By: _____
                                           Aaron Wells
                                           Plaintiff

Dated: _____, 2019                    By: _____
                                           Kevin Wilks
                                           Plaintiff

Dated: _____, 2019                    By: _____
                                           Kevin Wilson
                                           Plaintiff

Dated: _____, 2019                    By: _____
                                           Brian Wood
                                           Plaintiff

Dated: _____, 2019                    APPROVAL AS TO FORM

                                       By: _____
                                           T. Reid Coploff
                                           Attorney for Plaintiffs

Dated: _____, 2019          By: _____
                                  Kim Randall Watkins
                                  Plaintiff


Dated: _____, 2019          By: _____
                                  Kim Ryan Watkins
                                  Plaintiff


Dated: 7/25, 2019            By: _____
                                  Aaron Wells
                                  Plaintiff


Dated: _____, 2019          By: _____
                                  Kevin Wiles
                                  Plaintiff


Dated: _____, 2019          By: _____
                                  Kevin Wilson
                                  Plaintiff


Dated: _____, 2019          By: _____
                                  Brian Wood
                                  Plaintiff


Dated: _____, 2019          APPROVAL AS TO FORM

                             By: _____
                                  T. Reid Coploff
                                  Attorney for Plaintiffs


14

Dated: _____, 2019          By: _____
                                  Kim Randall Watkins
                                  Plaintiff

Dated: _____, 2019          By: _____
                                  Kim Ryan Watkins
                                  Plaintiff

Dated: _____, 2019          By: _____
                                  Aaron Wells
                                  Plaintiff

Dated: July 20, 2019          By: _____
                                  Kevin Wiles
                                  Plaintiff

Dated: _____, 2019          By: _____
                                  Kevin Wilson
                                  Plaintiff

Dated: _____, 2019          By: _____
                                  Brian Wood
                                  Plaintiff

Dated: _____, 2019          APPROVAL AS TO FORM

                               By: _____
                                  T. Reid Coploff
                                  Attorney for Plaintiffs

Scanned with CamScanner

Dated: _____ 2019                    By: _____
                                            Kim Randall Watkins
                                            Plaintiff


Dated: _____ 2019                    By: _____
                                            Kim Ryan Watkins
                                            Plaintiff


Dated: _____ 2019                    By: _____
                                            Aaron Wells
                                            Plaintiff


Dated: _____ 2019                    By: _____
                                            Kevin Wiles
                                            Plaintiff


Dated: 7-21 2019                       By: _____
                                            Kevin Wilson
                                            Plaintiff


Dated: _____ 2019                    By: _____
                                            Brian Wood
                                            Plaintiff


Dated: _____ 2019                    APPROVAL AS TO FORM

                                       By: _____
                                            T. Reid Coploff
                                            Attorney for Plaintiffs


14

Dated: _____, 2019          By: _____
                                   Kim Randall Watkins
                                   Plaintiff


Dated: _____, 2019          By: _____
                                   Kim Ryan Watkins
                                   Plaintiff


Dated: _____, 2019          By: _____
                                   Aaron Wells
                                   Plaintiff


Dated: _____, 2019          By: _____
                                   Kevin Wiles
                                   Plaintiff


Dated: _____, 2019          By: _____
                                   Kevin Wilson
                                   Plaintiff

Dated: _____, 2019          By: _____
                                   Brian Wood
                                   Plaintiff


Dated: _____, 2019          APPROVAL AS TO FORM

                              By: _____
                                   T. Reid Coploff
                                   Attorney for Plaintiffs


14

Dated: _____, 2019                    By: _____
                                                 Kim Randall Watkins
                                                 Plaintiff


Dated: _____, 2019                    By: _____
                                                 Kim Ryan Watkins
                                                 Plaintiff


Dated: _____, 2019                    By: _____
                                                 Aaron Wells
                                                 Plaintiff


Dated: _____, 2019                    By: _____
                                                 Kevin Wiles
                                                 Plaintiff


Dated: _____, 2019                    By: _____
                                                 Kevin Wilson
                                                 Plaintiff


Dated: _____, 2019                    By: _____
                                                 Brian Wood
                                                 Plaintiff


Dated: 8/2, 2019                    APPROVAL AS TO FORM

                                    By: _____
                                                 T. Reid Coploff
                                                 Attorney for Plaintiffs


14

## Exhibit A

| Plaintiff | Back Pay Amount | Liquidated Damages Amount |
| --- | --- | --- |
| Jeffrey Bierer | $111.28 | $111.28 |
| Thomas Bustamante | $18.25 | $18.25 |
| Earl Callander | $101.98 | $101.98 |
| Keith Cashatt | $136.10 | $136.10 |
| Christopher Denham | $13.87 | $13.87 |
| Wesley Forbach | $81.83 | $81.83 |
| Todd George | $205.87 | $205.87 |
| Marc Goldberg | $76.63 | $76.63 |
| Raymond Gonzalez | $40.95 | $40.95 |
| Michael Greenwalt | $36.78 | $36.78 |
| Aaron Gregar | $19.68 | $19.68 |
| Kathy Kentera | $7.61 | $7.61 |
| Arroyo Lippman | $105.72 | $105.72 |
| Jess Maier | $35.30 | $35.30 |
| Gregory McLauglin | $131.72 | $131.72 |
| Robert Oberly | $90.31 | $90.31 |
| Robert Parker | $70.98 | $70.98 |
| Christopher Romero | $112.40 | $112.40 |
| Christopher Samples | $76.01 | $76.01 |
| Matthew Smyers | $27.53 | $27.53 |
| Shane Spravzoff | $152.71 | $152.71 |
| Scott Strohmeyer | $189.50 | $189.50 |
| Chris Thomas | $228.57 | $228.57 |
| Joseph Toth | $82.96 | $82.96 |
| Matthew Turner | $253.88 | $253.88 |

| | | |
|---|---|---|
| Kim Randall Watkin | $58.71 | $58.71 |
| Kim Ryan Watkins | $10.16 | $10.16 |
| Aaron Wells | $59.26 | $59.26 |
| Kevin Wiles | $61.37 | $61.37 |
| Kevin Wilson | $47.82 | $47.82 |
| Brian Wood | $145.08 | $145.08 |